**Lewis Roca Rothgerber Christie LLP**
201 East Washington Street, Suite 1200
Phoenix, Arizona 85004-2595

**Robert H. McKirgan** – 011636
Direct Dial: (602) 262-5396
Email: rmckirgan@lewisroca.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Paul Johnson Drywall, Inc.; Johnson 2013 Irrevocable Trust, dated December 28, 2013; and RCJ Irrevocable Trust, dated April 29, 2010, <br><br>　　　　　　　Plaintiffs, <br><br>v. <br><br>The Sterling Group, <br><br>　　　　　　　Defendant. | No. <br><br>**NOTICE OF REMOVAL** |

　　　Pursuant to 28 U.S.C. §§ 1332 and 1441, Defendant The Sterling Group, L.P. ("Sterling") hereby removes this cause from Maricopa County Superior Court to the United States District Court for the District of Arizona, on the ground that this Court has diversity jurisdiction over this matter.

　　　1.　On July 13, 2021, Plaintiffs Paul Johnson Drywall, Inc. ("PJD"), Johnson 2013 Irrevocable Trust, dated December 28, 2013, and RCJ Irrevocably Trust, dated April 29, 2010 (collectively the "Johnson Trusts") filed suit against Sterling in the Superior Court of Maricopa County, Arizona, resulting in Case No. CV2021-011077. Plaintiffs' Original Complaint did not name Sterling, but rather referred to it as an anonymous "Defendant Limited Partnership." Exhibit 10.

　　　2.　Plaintiffs filed their First Amended Complaint under seal on July 20, 2021 and identified Sterling as the named Defendant. Exhibit 4 ("Pls. Compl.").[1]

---

[1] The Superior Court allowed the First Amended Complaint to be filed under seal. See Exhibit 15. Accordingly, Sterling is filing Exhibit 4 under seal and has filed a motion to seal.

3. Plaintiffs effected service of the First Amended Complaint on Sterling July 23, 2021. Exhibit 6. [2]

4. For the reasons below, this Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a), and removal is proper under 28 U.S.C. §§ 1441 and 1446.

## I. THE COURT HAS DIVERSITY JURISDICTION OVER THIS MATTER

### A. There is complete diversity among the parties.

5. Sterling is a limited partnership and accordingly takes the citizenship of each of its partners. *See Carden v. Arkoma Assocs.*, 494 U.S. 185, 189 (1990).

6. Each of Sterling's partners is a citizen of the State of Texas.

7. Paul Johnson Drywall, Inc. is a corporation organized under Arizona law and headquartered in Maricopa County, Arizona, Pls. Compl. ¶ 1, and it is therefore a citizen of Arizona. 42 U.S.C. § 1332(c)(1).

8. The Johnson Trusts assert that they are irrevocable trusts organized under Arizona law. Pls. Compl. ¶ 2.

9. Because Plaintiffs, citizens of Arizona, have brought suit against Sterling, a citizen of Texas, complete diversity exists. 28 U.S.C. § 1332(a)(1).

### B. The amount in controversy exceeds $75,000.

10. The amount in controversy in this matter exceeds the Court's minimum jurisdictional amount of $75,000, exclusive of interest and costs. 28 U.S.C. § 1332(a).

11. In cases removed on the basis of diversity jurisdiction, the amount a plaintiff demands in good faith in its initial pleading "shall be deemed to be the amount in controversy." 28 U.S.C. § 1446(c)(2).

12. Plaintiffs pleaded in their original complaint that "[t]he matter in controversy exceeds $300,000." Pls. Compl. ¶ 4. This satisfies the amount-in-controversy requirement.

## II. REMOVAL IS PROCEDURALLY PROPER

13. This removal is timely pursuant to 28 U.S.C. § 1446(b) because Sterling filed notice within 30 days of July 23rd, 2021, the date of service of the First Amended

---

[2] Plaintiffs amended their Complaint before serving Sterling with process.

Complaint.

14. Pursuant to 28 U.S.C. § 1446(d), Sterling is filing written notice of this removal with the clerk of the state court in which the action is currently pending. Copies of this notice will be served upon Plaintiffs as also required by 28 U.S.C. § 1446(d).

15. Sterling files with this Court copies of all pleadings and other documents that were filed with the state court. Pursuant to Local Rule LRCiv 3.6, attached to this Notice of Removal are the Supplemental Civil Cover Sheet, most recent state court docket, Plaintiffs' First Amended Complaint, service documents and the remainder of the state court record. See Exhibits 1-15. Attached as Exhibit A is the Declaration of Robert H. McKirgan, verifying that true and complete copies of all pleadings and other documents filed in the state court proceeding have been filed.

DATED this 13th day of August, 2021.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: /s/ Robert H. McKirgan
    Robert H. McKirgan
    Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2021, I served a true and correct copy of this Notice of Removal and accompanying attachments to Plaintiffs' counsel via email, and on August 16, copies will be sent via certified mail, return receipt requested, at the following address:

R. Douglas Dalton
William D. Furnish
Bryce Talbot
Osborn Maledon, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012-2793
ddalton@omlaw.com
wfurnish@omlaw.com
btalbot@omlaw.com
Attorneys for Plaintiffs

/s/ Kathleen A. Topczewski
Employee of Lewis Roca Rothgerber Christie LLP

115225015.1