# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| | |
|---|---|
| **Plaintiff**(s): Paul Johnson Drywall, Inc. ; Johnson 2013 Irrevocable Trust dated December 28, 2013 ; RCJ Irrevocable Trust dated April 29, 2010 | **Defendant**(s): The Sterling Group, L.P. |
| County of Residence: Maricopa | County of Residence: Outside the State of Arizona |
| County Where Claim For Relief Arose: Maricopa | |

Plaintiff's Atty(s):

**R. Douglas Dalton**
**Osborn Maledon, P.A.**
**2929 North Central Avenue, 21st Floor**
**Phoenix, Arizona  85012-2793**
**602-640-9000**

**William D. Furnish**
**Osborn Maledon, P.A.**
**2929 North Central Avenue, 21st Floor**
**Phoenix, Arizona  85012-2793**
**602-640-9000**

**Bryce Talbot**
**Osborn Maledon, P.A.**
**2929 North Central Avenue, 21st Floor**
**Phoenix, Arizona  85012-2793**
**602-640-9000**

Defendant's Atty(s):

**Robert H. McKirgan**
**Lewis Roca Rothgerber Christie LLP**
**201 East Washington Street, Suite 1200**
**Phoenix, Arizona  85004**
**602-262-5396**

**REMOVAL FROM MARICOPA COUNTY, CASE #CV2021-011077**

<u>II. Basis of Jurisdiction</u>:      **4. Diversity (complete item III)**

<u>III. Citizenship of Principal Parties</u> **(Diversity Cases Only)**

Plaintiff:- **4 AZ corp or Principal place of Bus. in AZ**

Defendant:- **2 Citizen of Another State**

<u>IV. Origin</u> :        **1. Original Proceeding**

<u>V. Nature of Suit</u>:        **190 Other Contract**

<u>VI. Cause of Action:</u>        **USC Secs. 1322 and 1441; Trade secrets**

<u>VII. Requested in Complaint</u>

       Class Action: **No**
       Dollar Demand: **in excess of $300,000**
       Jury Demand: **No**

<u>VIII. This case</u> **is not related** to another case.

---

**Signature:** <u>**Robert H. McKirgan**</u>

       **Date:** <u>**08/13/2021**</u>

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

**Revised: 01/2014**