# EXHIBIT 3



« Back to search results

## Case Details

Results 1 - 1 of 1 for . (0.02 seconds)

## Case Information

| Search Case Number | Case Filing Date | Case Title | Case General Category Description | Case Category Short Description | Case Status | Court Name | Judicial Officer Name |
|---|---|---|---|---|---|---|---|
| CV2021011077000 | 07/13/2021 | Paul Johnson Drywall Inc, Et.Al. Vs. Defendant Lim | Civil | 130 - Contracts | 22 - Not Subject to ARB - 22 | Maricopa County Superior | |

## Party Information

| First Name | Middle Name | Last Name | Date Of Birth | Role | City | State | Vehicle Registration Hold |
|---|---|---|---|---|---|---|---|
| | | Defendant Limited Partnership | | Defendant | | | N |
| | | R C J Irrevocable Trust | | Plaintiff | | | N |
| R | Douglas | Dalton | | Attorney | | | N |
| | | Paul Johnson Drywall Inc | | Plaintiff | | | N |
| | | Johnson 2013 Irrevocable Trust | | Plaintiff | | | N |

## Charge Information

| Charge Code | Charge Description | Charge Class | Disposition | Disposition Date |
|---|---|---|---|---|

## Case Event Information

| Event Type Description | Event Date | Preview Document | Add to Cart |
|---|---|---|---|
| MOT - Motion | 08/03/2021 | | Add to Cart |
| SUM - Summons | 07/13/2021 | | Add to Cart |
| 056 - ME: Hearing Set | 08/10/2021 | | Add to Cart |

Case Details

| Event Type Description | Event Date | Preview Document | Add to Cart |
|---|---|---|---|
| CER - Certificate | 07/19/2021 | | Add to Cart |
| COM - Complaint | 07/13/2021 | | Add to Cart |
| MOT - Motion | 07/19/2021 | | Add to Cart |
| AFS - Affidavit Of Service | 08/03/2021 | | Add to Cart |
| CCN - Cert Arbitration - Not Subject | 07/13/2021 | | Add to Cart |
| AFS - Affidavit Of Service | 07/28/2021 | | Add to Cart |

## Hearing Information

| CourtRoom Description | Date | Description | Description |
|---|---|---|---|
| East Court Building, 713 | 08/24/2021 | Status Conference | |