# EXHIBIT 4

# FIRST AMENDED COMPLAINT FOR PRELIMINARY AND PERMANENT INJUNCTIVE RELIEF, RESTITUTION, SPECIFIC PERFORMANCE AND DAMAGES

# THIS EXHIBIT WILL BE FILED UNDER SEAL PURSUANT TO THE COURT'S ORDER ON DEFENDANT'S MOTION TO FILE UNDER SEAL