# EXHIBIT 9

Clerk of the Superior Court
*** Electronically Filed ***
C. Cuellar, Deputy
7/13/2021 5:33:58 PM
Filing ID 13119335

Person/Attorney Filing: R. Douglas Dalton
Mailing Address: 2929 N. Central Ave., 21st Fl.
City, State, Zip Code: Phoenix, AZ 85012
Phone Number: (602)640-9333
E-Mail Address: ddalton@omlaw.com
[ ☐ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 004963, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| Paul Johnson Drywall, Inc., et al.<br>Plaintiff(s),<br>v.<br>Defendant Limited Partnership<br>Defendant(s). | Case No.  **CV2021-011077**<br><br>**CERTIFICATE OF<br>COMPULSORY ARBITRATION** |

I certify that I am aware of the dollar limits and any other limitations set forth by the
Local Rules of Practice for the Maricopa County Superior Court, and I further certify that
this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of
the Arizona Rules of Civil Procedure.


RESPECTFULLY SUBMITTED this


By: R. Douglas Dalton /s/
Plaintiff/Attorney for Plaintiff

AZturboCourt.gov Form Set #5894539