# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Paul Johnson Drywall Incorporated, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Sterling Group LP, et al., <br><br> Defendants. | NO. CV-21-01408-PHX-DWL <br><br> **JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed February 19, 2025, judgment of dismissal is entered in Sterling's favor as to Counts One, Two, Three, Five, Six, and Nine and the second amended complaint and action are dismissed.

Debra D. Lucas
District Court Executive/Clerk of Court

February 19, 2025

By   s/ D. Draper
     Deputy Clerk